ABIGAIL R. WILKINSON and others, *Trustees, etc., Respondents, v.* ALICE BEARDSLEY and others, *Appellants.*— Judgment affirmed on referee's opinion.

ALICE BEARDSLEY, *Respondent, v.* ABIGAIL WILKINSON, *Executrix, etc., Appellant,* and others.

ALICE BEARDSLEY, *Respondent, v.* GEORGE EVERSON, *Appellant.*— In the first action so much of judgment as charges against Mrs. Wilkinson $13,256.60 reversed, with costs of appeal against plaintiff personally. In the second action, so much of judgment as charges Mrs. Wilkinson with $9,937.63 (stated to be an error for $13,256.60) reversed. So much of the judgment as directs payment to plaintiff's attorney of costs reversed. Defendants to recover costs of appeal and of this action against plaintiff personally. Opinion by LEARNED, F. J.

DENNIS V. STIMSON and another, *Appellants, v.* FREDERICK C. VROOMAN and others, *Respondents.*— Decree reversed on both points. Costs to appellant out of estate. Opinion by BOARDMAN, J.; LEARNED, P. J., dissents as to construction of will.

GEORGE PETERS, *Appellant, v.* ANDREW PETERS and others, *Respondents.*—Decree affirmed, with costs. Opinion by BOCKES, J..

ELIZA W. PEW, *Respondent, v.* JANE D. ROBERTSON, *Appellant.*— Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

GEORGE W. LONG, *Respondent, v.* THE MILLERTON IRON COMPANY, *Appellant.*— Judgment reversed, new trial granted; referee discharged, costs to abide event. Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* OSSIAN DIMMICK and another, *Appellants.*— Judgment and conviction affirmed. Opinion by BOCKES, J.

ORVILLE WORMUTH and another, *Administrators, etc., Respondents, v.* DAVID SONBURGER, *Appellant.*—Judgment and order reversed and new trial granted, costs to abide event. Opinion by LEARNED, P. J.

ORVILLE. WORMUTH and another, *Administrators, etc., Respondents, v.* JOHN HALE, *Appellant.*—Judgment reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

MILTON DE LANO, *Appellant, v.* SIMON S. HARP and others, *Respondents.*—Appeal of Andrew J. Harp dismissed with ten dollars costs. In other respects order affirmed with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.

AUGUSTA EDWARD and others, *Executors, etc., Appellants, v.* WILLIAM B. WEAVER, *Respondent, Impleaded, etc.*— Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.; LEARNED, P. J., dissenting.

JACOBINA TIETZ, *Respondent, v.* CHARLES B. DU BOIS, *Appellant.* Judgment affirmed, with costs. Opinion by BOCKES, J.